UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COSTAR IMPORTS, INC.,**<br>　　　　**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5190** |
| **JOSEPH JACOB JEWELERS, LLC,**<br>　　　　**Defendant** | **SECTION: "E" (2)** |

# ORDER

On September 11, 2023, Defendant removed this matter from the Civil District Court, Parish of Orleans.[1] Plaintiff alleges Defendant is indebted to it in the amount of three hundred eighty-nine thousand five hundred forty dollars ($389,540.00).[2] Plaintiff sued for damages and attorney's fees on the open account.[3]

On October 25, 2023, Defendant filed a Motion to Dismiss claiming the Court lacks personal jurisdiction over it in this matter.[4] Plaintiff subsequently filed its First Amended Complaint on November 2, 2023.[5] Plaintiff's opposition to Defendant's Motion to Dismiss cites to allegations in the Amended Complaint.[6] The Court requests Defendant refer to Plaintiff's Amended Complaint and, if desired, refile its Motion to Dismiss to address the allegations included therein.

Accordingly;

**IT IS ORDERED** that Defendants' motion to dismiss[7] is **DENIED WITHOUT PREJUDICE**.

---

[1] R. Doc. 1.
[2] R. Doc. 1-2 at 1.
[3] *Id.* at 2.
[4] R. Doc. 12-1 at 1.
[5] R. Doc. 13.
[6] R. Doc. 14 at 2.
[7] R. Doc. 12.

1

**New Orleans, Louisiana, this 22nd day of November, 2023.**

        **_____**
        **SUSIE MORGAN**
        **UNITED STATES DISTRICT JUDGE**